## SECOND DEPARTMENT, JULY, 1956

### (July 2, 1956)

■ VIRGINIA CONNOLLY et al., Respondents-Appellants, v. LUTHERAN HOSPITAL OF BROOKLYN, Appellant-Respondent. LEO J. ERDIL, Appellant, et al., Respondent.— Motion by defendant-appellant for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ ALEXANDRA ENGELMAN, Appellant, v. MORRIS ENGELMAN, Defendant, and JOSEPH A. L. BLEK, Intervenor-Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. Motion for reargument denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See 1 A D 2d 1013.]